UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL B. GRIFFIN,<br><br>Defendant. | 1:23-CR-10032-CBK<br><br><br>REPORT AND RECOMMENDATION FOR DISPOSITION OF MOTION TO SUPPRESS |

Nathaniel Griffin seeks to suppress statements he made to Special Agent Liam Hinkes based on Griffin's invocation of his right to counsel under *Miranda*.[1] He also seeks to suppress the statements on voluntariness grounds.[2] Because Griffin's suppression motion is a dispositive one, the Court is only authorized to determine the same on a report and recommendation basis.[3] Based on the findings, authorities, and legal discussion made on the record at the January 2, 2024 hearing, the Court

RECOMMENDS that the motion to suppress be denied in all respects.

---

[1] Docket No. 16 at 2.
[2] *Id.* at 3.
[3] *See* 28 U.S.C. § 636(b)(1).

NOTICE

The parties have 14 calendar days after service of this report and recommendation to object to the same.[4] Unless an extension of time for cause is later obtained,[5] failure to file timely objections will result in the waiver of the right to appeal questions of fact.[6] Objections must "identify[] those issues on which further review is desired[.]"[7]

DATED this 2nd day of January, 2024.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

---

[4] *See id.*; Fed. R. Crim. P. 59(b).
[5] *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990); *Nash v. Black*, 781 F.2d 665, 667 & n.3 (8th Cir. 1986) (citing *Thomas v. Arn*, 474 U.S. 140, 155 (1985)).
[6] *See Thompson*, 897 F.2d at 357; *Nash*, 781 at 667.
[7] *Arn*, 474 U.S. at 155.